## Commonwealth *v.* Cichowicz, Appellant.

Submitted December 16, 1975. *Richard N. Beltzner*, Assistant Public Defender, and *Ralph W.D. Levan*, First Assistant Public Defender, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Creel, Appellant.

Submitted December 16, 1975. *John P. Lawler*, Public Defender, for appellant; *James F. Marsh*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.